IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA ALKIRE and FRANK GOLD,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>WYETH PHARMACEUTICALS, INC.,<br>WYETH-AYERST PHARMACEUTICALS,<br>INC.; WYETH-AYERST INTERNATIONAL,<br>INC.; WYETH LABORATORIES, INC.;<br>WYETH PHARMACEUTICALS; WYETH,<br>INC.; PHARMACIA & UPJOHN, INC.;<br>PFIZER, INC.; BARR LABORATORIES, INC.;<br>GREENSTONE LTD.; MICHELLE LUNA; and<br>DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 05-02465  MMC<br><br>**ORDER OF RECUSAL** |

　　　　I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

　　　　All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

　　　　**IT IS SO ORDERED.**

Dated: June 21, 2005　　　　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge